**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ERIN BENTON | \* |
| | \* |
| PLAINTIFF, | \* |
| | \* |
| v. | \*   Case No. 14-cv-01073-RC |
| | \* |
| LABORERS' JOINT TRAINING FUND | \* |
| | \* |
| DEFENDANT. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STIPULATION OF DISMISSAL

The parties having fully settled and resolved this matter, they hereby stipulate to the dismissal of this case per Rule 41.

Respectfully submitted,

_____/s/_____
Philip B. Zipin, Bar No.: 369362
Zipin, Amster & Greenberg, LLC
836 Bonifant Street
Silver Spring, Maryland 20910
Phone: 301-587-9373
Fax: 301-587-9397
pzipin@zagfirm.com

*Counsel for Plaintiff*

_____/s/_____
Jonathan Rose, Bar No.: 446208
Alston & Bird, LLP
950 F Street, NW
Washington, D.C. 20004
Phone (202) 239-3300
Fax: (202) 239-3333
jonathan.rose@alston.com

*Counsel for Defendant*